Lawrence E. BOWLING,
Plaintiff–Appellant,

v.

Kenneth E. LAWSON, a/k/a Casey,
Defendant–Appellee,

and

John E. Lutz; David McClave; Jane
McClave Lawson; Hildreth Rob-
inson, a/k/a Jerry, Defendants.

No. 00–2088.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 15, 2001.

Lawrence E. Bowling, pro se. James William Lane, Jr., Charleston, WV, for appellee.

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

PER CURIAM.

Lawrence E. Bowling appeals the district court's order awarding Bowling $500 in compensatory damages against Kenneth "Casey" Lawson for slander and dismissing Bowling's remaining claims against Lawson. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bowling v. Lawson,* No. CA–98–1158–2 (S.D.W.Va. July 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*